```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 14231
   DENNIS W HART II
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER


            Debtor
   SSN XXX-XX-4083

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/01/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 06/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED           204.96          .00          37.63
ONYX ACCEPTANCE CORP       SECURED               .00           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED          1976.76          .00         484.61
AR RESOURCES               UNSECURED         NOT FILED         .00            .00
DAIMLERCHRYSLER FINANCIA   FILED LATE            .00           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          2330.00          .00         571.21
FIRST PREIMER BANK         UNSECURED           422.69          .00         103.62
HARRIS                     UNSECURED         NOT FILED         .00            .00
NCO MARLIN                 UNSECURED         NOT FILED         .00            .00
MIDWEST VERIZON WIRELESS   UNSECURED          2216.02          .00         543.25
VERIZON WIRELESS           UNSECURED         NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED           316.32          .00          77.54
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,414.00                     2,414.00
TOM VAUGHN                 TRUSTEE                                          289.41
DEBTOR REFUND              REFUND                                            13.73

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    4,535.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                          1,817.86
ADMINISTRATIVE                                     2,414.00
TRUSTEE COMPENSATION                                 289.41
DEBTOR REFUND                                         13.73
                          --------------       --------------
TOTALS                     4,535.00                4,535.00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14231 DENNIS W HART II
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE